# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GREENE, | No. 4:19-CV-00024 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

## ORDER

### JANUARY 11, 2021

**AND NOW**, upon consideration of the Court's order to show cause and Petitioner's failure to respond thereto, the amended petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is **DISMISSED AS MOOT** and the Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge